IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Reynolds, Marchette | Case Number: 07 B 16363 |
| | Judge: Squires, John H |
| Printed: 9/23/08 | Filed: 9/7/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: August 13, 2008
Confirmed: March 27, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,408.86 | |
| Secured: | | 2,450.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 750.79 |
| Trustee Fee: | | 208.07 |
| Other Funds: | | 0.00 |
| Totals: | 3,408.86 | 3,408.86 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Drexler | Administrative | 2,874.00 | 750.79 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 15,375.37 | 2,450.00 |
| 4. | Chase Home Finance | Secured | 497.04 | 0.00 |
| 5. | Illinois Dept Of Employment Sec | Unsecured | 690.65 | 0.00 |
| 6. | Jefferson Capital | Unsecured | 1,014.10 | 0.00 |
| 7. | Chicago Municipal Employees CU | Unsecured | 3,758.11 | 0.00 |
| 8. | Charming Shoppes | Unsecured | 14.89 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 412.37 | 0.00 |
| 10. | HSBC Auto Finance | Unsecured | 696.34 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 106.36 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 331.37 | 0.00 |
| 13. | Monroe & Main | Unsecured | 123.41 | 0.00 |
| 14. | Salute Visa | Unsecured | 141.28 | 0.00 |
| 15. | American General Finance | Secured | | No Claim Filed |
| 16. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 17. | Midnight Velvet | Unsecured | | No Claim Filed |
| 18. | Fingerhut | Unsecured | | No Claim Filed |
| 19. | American General Finance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,035.29 | $ 3,200.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 66.34 |
| 6.5% | 141.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Reynolds, Marchette

Printed:  9/23/08

Case Number:  07 B 16363
Judge:  Squires, John H
Filed:  9/7/07

_____
$ 208.07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____